```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63789
   LASHAWN D DOUGLAS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1259


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/06/2005 and was confirmed 04/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.60%.

     The case was dismissed after confirmation 07/12/2007.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED         13000.00       3659.94        1449.66
DRIVE FINANCIAL           UNSECURED          469.70          .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00            .00
AMERICASH LOANS           UNSECURED         6874.66          .00            .00
AMERICREDIT FINANCIAL SE  UNSECURED         6319.39          .00            .00
OSI COLLECTIONS           UNSECURED          991.45          .00            .00
DIRECT LOAN SERVICING CE  UNSECURED        NOT FILED         .00            .00
AMERICAN CREDIT AND COLL  UNSECURED        NOT FILED         .00            .00
ENTERPRISE LEASING        UNSECURED        NOT FILED         .00            .00
GLOBAL PAYMENT            UNSECURED        NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1699.49          .00            .00
ECMC                      UNSECURED        52225.89          .00            .00
OXFORD MANAGEMENT SERV    NOTICE  ONLY     NOT FILED         .00            .00
AMERICREDIT               NOTICE  ONLY     NOT FILED         .00            .00
PORTFOLIO ACQUISITIONS    NOTICE  ONLY     NOT FILED         .00            .00
ASSOCIATED RECOVERY SYST  NOTICE  ONLY     NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN  NOTICE  ONLY     NOT FILED         .00            .00
ORCHARD BANK              NOTICE  ONLY     NOT FILED         .00            .00
TIMOTHY K LIOU            DEBTOR ATTY       2,265.20                      522.29
TOM VAUGHN                TRUSTEE                                         338.11
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              5,970.00

PRIORITY                                       .00
SECURED                                   1,449.66
    INTEREST                              3,659.94
UNSECURED                                      .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63789 LASHAWN D DOUGLAS
```

```
ADMINISTRATIVE                                                   522.29
TRUSTEE COMPENSATION                                             338.11
DEBTOR REFUND                                                       .00
                                    ---------------      ---------------
TOTALS                                     5,970.00             5,970.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 10/23/07         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE


                            PAGE   2
            CASE NO. 05 B 63789 LASHAWN D DOUGLAS